**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL GAMBLE, | ) | CASE NO. 1:17CV389 |
| Plaintiff, | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| GREATER CLEVELAND REGIONAL TRANSIT AUTHORITY, | ) | |
| Defendant | ) | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Motion for Summary Judgment is DENIED. (Doc. Nos. 49, 50.)

IT IS SO ORDERED.

Date: <u>April 30, 2018</u>  *s/Jonathan D. Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge